Tod L. Gamlen, State Bar No. 83458
Keith L. Wurster, State Bar No. 198918
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
tod.l.gamlen@bakernet.com
keith.l.wurster@bakernet.com

Ralph S. Curtis, State Bar No. 60906
Jill P. Sazama, State Bar No. 214215
**CURTIS & ARATA**
A Professional Corporation
P. O. Box 3030
1300 K Street, Second Floor
Modesto, CA 95353
Telephone: +1 209 521 1800
Facsimile:  +1 209-522 3501
rcurtis@curtisandarata.com
jsazama@curtisandarata.com

Attorneys for Plaintiff
E. & J. GALLO WINERY

J. David Petrie, SBN 096017
Sean T. O'Rourke, SBN 199420
BORTON, PETRINI & CONRON, LLP
2014 Tulare Street, Suite 830
Fresno, CA 93721
(559) 268-0117
(559) 237-7995
Attorneys for Defendant
ANDINA LICORES, S.A., an Ecuadorian Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                Plaintiff,<br><br>       v.<br><br>ANDINA LICORES S.A., an Ecuadorian corporation, and DOES 1 through 20,<br><br>                Defendants. | Case No.  CV-05-0101-AWI (LJO)<br><br>**JOINT STIPULATION AND ORDER REGARDING ANDINA'S PRODUCTION OF DOCUMENTS RESPONSIVE TO GALLO'S FIRST SET OF DOCUMENT REQUESTS**<br><br>Judge:    The Honorable Lawrence J. O'Neill<br><br>Date Action Filed:  October 26, 2004 |

**Trial Date:  May 23, 2006**

**STIPULATION**

This Stipulation is entered into and between plaintiff E. & J. Gallo Winery ("Gallo") and defendant Andina Licores, S.A. ("Andina") by and through their respective counsel.

It is hereby stipulated that Andina will provide a further response concerning the following matters in Gallo's Request for Production of Documents, Set One, and produce these documents:

1. Andina's Correspondence File for Gallo (responsive to Request Nos. 3, 6, 17, 18, and 33);

2. All Gallo related purchase order files for 2000-2004 (responsive to Request Nos. 3, 4, 6, 10, 17 and 33);

3. All documents prepared, created or generated as part of processing orders submitted to Gallo including, requests for proforma, proforma invoices, dui forms, import docs, import licenses and invoices for each order submitted to Gallo for 2000-2004 (responsive to Request Nos. 3, 4, 6, 10, 17, and 33);

4. Monthly inventory reports for Gallo (responsive to Request Nos. 5, 6, and 33);

5. Reports showing sales to Supermaxi in 2003 and 2004 as well as sales of Gallo Products to Supermaxi in 2003 and 2004 similar to exhibits 18, 19 and 20 (responsive to Request Nos. 6, 8-10, 19, and 33);

6. Sales Statistics Reports for 2000-2004 (responsive to Request Nos. 10, 16-19, 33, and 37);

7. General Statements for each year for 2000-2004 (responsive to Request Nos. 37-40);

8. Income Statements for each year for 2000-2004 (responsive to Request Nos. 37-40);

  9. Forecasts prepared by Andina regarding Gallo Products (responsive to Request Nos. 6 and 33);

  10. All communications relating to Health Registrations (responsive to Request No.7);

  11. All agreements and communications with SGS relating to shipments of Gallo Products (responsive to Request Nos. 7 and 33);

  12. Records of payments made for Gallo Products, including checks, wire transfer instructions, for the years 2000-2004 (responsive to Request Nos. 6, 17, and 33);

13. Summary of purchases made by Andina, i.e. Andina Orders to Gallo for the years 2000-2004 (responsive to Request Nos. 4, 6, 17, and 33); and,

14. Letter from Dick Moore advising that Gallo is planning on shipping direct to Supermaxi (responsive to Request Nos. 6, 19 and 33).

  IT IS HEREBY FURTHER STIPULATED that such production will be made as soon as reasonably possible and be delivered to Baker & McKenzie, LLP at 660 Hansen Way, Palo Alto, California  94304, but shall be made no later than March 27, 2006.


Dated:  March ____, 2006    Respectfully submitted,

            BAKER & McKENZIE LLP


            By: _____
             Keith L. Wurster
             Attorneys for Plaintiff
             E. & J. GALLO WINERY


Dated:  March ____, 2006    Respectfully submitted,

            BORTON PETRINI & CONRON


            By: _____
             Sean T. O'Rourke
             Attorneys for Defendant
             ANDINA LICORES S.A.

(EXECUTED SIGNATURE PAGE FILED HEREWITH AS ATTACHMENT 1)

## ORDER

The court having considering the stipulation above and good cause appearing therefore, it is hereby ordered that Andina provide the further responses and document as forth in detail above, to Baker & McKenzie, LLP at 660 Hansen Way, Palo Alto, CA 94304 no later than March 27, 2006.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                    **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES MAGISTRATE JUDGE