IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>ANDINA LICORES S.A., a corporation organized under the laws of Ecuador,<br><br>            Defendant | CV F 05-0101   AWI LJO<br><br>**ORDER ON EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION BY INDIVIDUAL CONTEMNORS**<br><br>Document # 221 |

In this action for declaratory relief, abuse of process, unfair competition, and breach of contract, individual third-party alleged contemnors, Andres Naranjo, Ivan Cevallos Cordova, Gonzalo Noboa Elizalde, Gonzalo Noboa Baquerizo, Olga Baldeon, and Luis Parrales Cordova ("Contemnors"), have submitted an *ex-parte* request for extension of time to file opposition to plaintiff E. & J. Gallo Winery's ("Gallo's") motion for contempt sanctions. According to the court's docket, Contemnors' opposition to Gallo's motion was filed with the court on March 16, 2007, the date it was due. Contemnors' *ex-parte* request for extension of time is therefore DENIED as moot.

IT IS SO ORDERED.

**Dated:   March 20, 2007**            /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE