# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E. & J. GALLO WINERY, a California corporation,** ) | CV F 05-0101   AWI LJO |
| ) | |
| **Plaintiff,** ) | **ORDER VACATING JUNE 4, 2007, TELEPHONIC STATUS CONFERENCE AND RESCHEDULING SAME FOR JUNE 7, 2007** |
| **v.** ) | |
| **ANDINA LICORES S.A., a corporation organized under the laws of Ecuador,** ) | |
| ) | |
| **Defendant** ) | |

Due to a scheduling conflict, the telephonic status conference currently scheduled for 3:00 p.m. on Monday, June 4, 2007, is hereby VACATED and no party shall appear at that time.  The parties in this case are hereby ORDERED to appear telephonically at 3:00 p.m. on Thursday, June 7, 2007.  Any party having a scheduling conflict with the June 7 date shall contact Harold Nazaroff, Deputy Clerk at (559) 499-5668.

IT IS SO ORDERED.

Dated:   __May 30, 2007__          _____/s/ Anthony W. Ishii_____
                                       UNITED STATES DISTRICT JUDGE