**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation, | CV F 05-0101   AWI LJO |
| Plaintiff, | **ORDER DIRECTING PARTIES TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED** |
| v. | |
| ANDINA LICORES S.A., a corporation organized under the laws of Ecuador, | |
| Defendant | |

On June 29, 2007, plaintiff E. & J. Gallo Winery ("Plaintiff") filed a document titled "Notice of Withdrawal of: (1) Motions for Attorney Fees and Contempt; and, (2) Cost Bill" ("notice of withdrawal"). The notice of withdrawal announced that an agreement had been reached between the parties wherein defendant Andina Licores S.A. ("Defendant") agreed to pay an amount to Plaintiff and dismiss with prejudice all legal proceedings in Ecuador as well as the appeal then pending before the Ninth Circuit Court of Appeal. The notice of withdrawal states that the parties agreed that upon Defendants payment of money and dismissal of all legal proceedings, Plaintiff would withdraw the two motions then pending for sanctions and Plaintiff's Bill of Costs.

With the withdrawal of Plaintiff's motions for sanctions and bill of costs, the court is unaware of any remaining issue for decision in this case. The court also notes there has been no activity on the court's docket since the filing of the notice of withdrawal.

1 | In view of the foregoing, the court hereby ORDERS that either party may show cause why this case should not be CLOSED by filing a short, plain statement of remaining issues not later than Friday, December 7, 2007. If neither party submits a statement, or if both parties submit statements of no remaining issues, the case will be closed forthwith.

IT IS SO ORDERED.

**Dated:   November 20, 2007**              /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE