IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDINA LICORES S.A., a corporation organized under the laws of Ecuador,<br><br>                    Defendant | CV F 05-0101   AWI LJO<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE |

On November 1, 2007, the court issued an order to show cause why this case should not be ordered closed.  No responses to the order have been filed.  The court notes that final judgment was entered in this case on January 31, 2007.  Subsequent motions for contempt and sanctions have been withdrawn by the moving party.  The court concludes there are no issues remaining to be resolved in this case and will therefore order the case closed.

THEREFORE, it is hereby ordered that the Clerk of the Court shall CLOSE the CASE.

IT IS SO ORDERED.

Dated:    December 21, 2007                          /s/ Anthony W. Ishii
                                                 UNITED STATES DISTRICT JUDGE